JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| EVANI ESCOBAR-MIRA, | No. EDCV 19-1087-JAK-(MAA) |
|---|---|
| Petitioner, | ~~[PROPOSED]~~ |
| v. | **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |
| KEVIN McALEENAN, *Acting Secretary OF THE Department of Homeland Security;* WILLIAM PELHAM BARR, *Attorney General of the United States;* THOMAS P. GILES, *Director of the Los Angeles Field Office;* JAMES AJANECKA, *Warden of the Adelanto Detention Facility*, | |
| Respondents. | |

Petitioner Evani Escobar-Mira's Petition for Writ of Habeas Corpus is hereby dismissed without prejudice. Each party shall bear its own attorney's fees, costs and expenses.

DATED: December __23__, 2019

_____
HON. MARIA A. AUDERO
United States Magistrate Judge

1